■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASHIED ALI, Also Known as RASHEED ALI, Appellant. [705 NYS2d 480] —Judgment, Supreme Court, New York County (Ronald Zweibel, J.), rendered on or about October 23, 1997, unanimously affirmed. Motion seeking to enlarge record and for other related relief denied. No opinion. Concur—Nardelli, J. P., Mazzarelli, Ellerin and Lerner, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD BURGESS, Also Known as CHARLES LOCKS, Appellant. [706 NYS2d 316] —Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered June 4, 1997, convicting defendant, after a jury trial, of burglary in the third degree, attempted burglary in the third degree and possession of burglar's tools, and sentencing him, as a second felony offender, to concurrent terms of 3½ to 7 years, 2 to 4 years and 1 year, respectively, unanimously affirmed.

The court properly exercised its discretion in denying defendant's request for an investigator (*see,* County Law § 722-c), since defendant's claim of necessity was speculative (*see, People v Barber*, 154 AD2d 882, *lv denied* 75 NY2d 810).

We have considered and rejected defendant's remaining claims, including those contained in his *pro se* supplemental brief. Concur—Nardelli, J. P., Ellerin, Lerner and Rubin, JJ.